# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: DARRIN L. CROSE & ANNE-MARIE CROSE  
547 MERRILL AVENUE  
LOVES PARK, IL  61111

SSN-xxx-xx-8256 & xxx-xx-9527

Case Number: 04-74903

Case filed on: 10/4/2004  
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,022.93          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 045 | JOSEPHINE J. MICELI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MICHELLE CROSE | 4,901.64 | 4,901.64 | 4,901.64 | 0.00 |
|  | Total Priority | 4,901.64 | 4,901.64 | 4,901.64 | 0.00 |
| 999 | DARRIN L. CROSE | 0.00 | 0.00 | 397.93 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 397.93 | 0.00 |
| 001 | RESCOMM HOLDINGS NO 2 LLC | 1,107.86 | 1,107.86 | 1,107.86 | 0.00 |
| 002 | NATIONAL CITY HOME LOAN SERVICES | 4,214.01 | 4,214.00 | 4,214.00 | 0.00 |
| 003 | FIRST NATIONAL BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 5,200.00 | 191.01 | 191.01 | 869.28 |
|  | Total Secured | 10,521.87 | 5,512.87 | 5,512.87 | 869.28 |
| 003 | FIRST NATIONAL BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MICHELLE CROSE | 10,000.00 | 10,000.00 | 687.48 | 0.00 |
| 006 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN CASH-N-GO | 1,561.44 | 1,561.44 | 107.34 | 0.00 |
| 008 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHICAGO IMAGING CONSULTANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHICAGO INSTITUTE OF NEUROSURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | EAR NOSE & THROAT SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ELAN FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FEATHERSTONE CLINIC | 595.60 | 595.60 | 40.94 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 2,381.85 | 2,381.85 | 163.74 | 0.00 |
| 021 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LINCOLN PARK ANESTHESIA & PAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LOVES PARK WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MICHELLE CROSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 666.48 | 666.48 | 45.82 | 0.00 |
| 027 | NORTHWESTERN MEMORIAL PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OB-GYN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PHYSICIANS IMMEDIATE CARE | 103.80 | 103.80 | 7.14 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 3,931.37 | 3,931.37 | 270.28 | 0.00 |
| 033 | RISK MANAGMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCK RIVER DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCK RIVER WATER RECLAMATION | 151.80 | 151.80 | 10.44 | 0.00 |
| 037 | ROCKFORD LEGAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD MERCANTILE AGENCY INC | 468.72 | 468.72 | 32.22 | 0.00 |
| 039 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | EDUCATIONAL CREDIT MANAGEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | MUTUAL MANAGEMENT SERVICES | 74.25 | 74.25 | 5.11 | 0.00 |
| 047 | RESCOMM HOLDINGS NO 2 LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 19,935.31 | 19,935.31 | 1,370.51 | 0.00 |
|  | Grand Total: | 38,222.82 | 33,213.82 | 15,046.95 | 869.28 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $15,916.23 |
| Trustee Allowance: | $1,106.70 |
| Percent Paid Unsecured: | 6.87 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>        By <u>/s/Heather M. Fagan</u>